**EXHIBIT D: SENATE QUESTIONNAIRE FOR JUDICIAL NOMINEES, PART II, QUESTION #4 "1996 FINANCIAL DISCLOSURE REPORT"**

1)    1996 Nomination Financial Disclosure Filing.

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Jenkins, Martin J. | Date of Report<br>07 /27 / 97 |
|---|---|---|

## I. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.1<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value2<br>Code<br>(J-P) | (2)<br>Value<br>Method3<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value2<br>Code<br>(J-P) | (4)<br>Gain1<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| California<br>Savings Plus Program | A | DIV | J | T | EXEMPT | | | | |
| California<br>Judges Retirement System | D | DIV | L | T | EXEMPT | | | | |
| Bank of America<br>Savings Account | A | INT | J | T | EXEMPT | | | | |
| United Services Credit<br>Union Savings Account | A | INT | J | T | EXEMPT | | | | |
| Home Savings and Loan<br>Mortgage on Co-owned Prop. | | None | M | W | EXEMPT | | | | |
| Loan of $5000.00<br>to Mr. Sidney Hughes* | | None | J | W | EXEMPT | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 Inc/Gain Cds:<br>(Col. B1,D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 | |
|---|---|---|---|---|---|---|
| | | | | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |
| 2 Val Cds:<br>(Col. C1,D3) | J=$15,000 or less<br>O=$500,001-$1,000,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>P1=$1,000,001-$5,000,000<br>P4=$50,000,001 or more | L=$50,001-$100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 | N=$250,001-$500,000 | |
| 3 Val Mth Cds:<br>(Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | | S=Assessment<br>W=Estimated | T=Cash/Market | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br><br>Jenkins, Martin J. | Date of Report<br><br>07/27/97 |
|---|---|---|

## III. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part II. AGREEMENTS – The balance in my California Judges Retirement Plan is approximately $60,000.00. I expect that the State of California will reimburse me for all contributions made if I am confirmed by the Senate.

Part VI. LIABILITIES – *The liability referred to here references a residence that I co-own with a friend of mine. I do not receive any income nor do I take any tax deduction for this property. This property is located at 7 Richards Cir. San Francisco, California 94124. Home Savings and Loan holds the first mortgage and San Francisco Employees Credit Union holds a second mortgage on the Richards Circle property.

** This debt is shared by my brother, Darrell Jenkins and my sister, Monica Jenkins. This debt arises from the purchase of a new automobile for my father, James Jenkins, on October 16, 1995. Our respective co-pay per month is $248.00.

Part VII. INVESTMENTS AND TRUSTS – *This refers to a loan I made in 1994 to Sidney Hughes, a friend of mine who was starting a new business venture at that time. There is no written agreement to verify the loan, however I do have the cancelled check. This is an interest free loan and to date I have not received payment in whole or in part.

## X. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 4, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____ Date July 27, 1997

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App. 4, § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.,
Washington, D.C. 20544

Digitized by Google

<table>
<tr><td>AO-10<br>Rev. 1/97</td><td colspan="2" style="text-align:center">FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 1996</td><td>Report Required by the Ethics<br>Reform Act of 1989. Pub. L. No.<br>101-194, November 30, 1989<br>(5 U.S.C. App. 4, 101-112)</td></tr>
</table>

| . Person Reporting (Last name, first, middle initial)<br><br>Jenkins, Martin J. | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>07 /27 /97 |
|---|---|---|
| .. Title  (Article III judges indicate active or<br>senior status; Magistrate judges indicate<br>full- or part-time)<br><br>Article III Judge | 5. Report Type (check appropriate type)<br>_X_ Nomination, Date 7 /24/ 97<br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br><br>1 / 1/ 96- 7 /30/ 97 |
| 7. Chambers or Office Address<br>Alameda County Superior Court<br>Juvenile Division, Department 25<br>400 Broadway, Oakland, CA  94607 | 8. On the basis of the information contained in this Report and<br>any modifications pertaining thereto, it is, in my opinion,<br>in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____  Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed.  Complete all parts, checking the NONE box for each section where you have no reportable information.  Sign on last page.

## POSITIONS.   (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| **NONE**    (No reportable positions) | |

Board of Directors-Prescott Joseph Center for Community Enhancement

Advisory Board-Center for Community Legal Education

## AGREEMENTS.   (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| **NONE**   (No reportable agreements) | |
| 1996 - 97 | Collegiate Officials Association ($75.00 per game officiated, 11 game season) |
| 1996-97 | Northern California Football Officials Assn. (45.00 per game, 6 game season) |
| 1996-97 | California Judges Retirement System (Reimbursement of $60,000.00 contributed) |

## I.  NON-INVESTMENT INCOME.   (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| **NONE**    (No reportable non-investment income) | | |
| 1996 | State of California, Superior Court Judge, Alameda County | $109,000.00 |
| 1996 | Collegiate  Officials Association ($75.00 per game) | $ 925.00 |
| 1996 | Northern California Football Officials Assn. ($45.00 per game) | $ 215.00 |
| | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Jenkins, Martin J. | Date of Report<br>07 /27 / 97 |
|---|---|---|

## REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|

[ ] **NONE**   (No such reportable reimbursements or gifts)

EXEMPT

## OTHER GIFTS.   (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|

[ ] **NONE**   (No such reportable gifts)

EXEMPT                                                                    $_____

$_____

$_____

$_____

## I.  LIABILITIES.   (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [ ] **NONE**   (No reportable liabilities) | | |
| Home Savings and Loan Corp. | Mortgage on residential property<br>I Co-own with a friend. | M* |
| San Francisco Employees Federal Credit Union | 2nd Mortgage on home listed above | K* |
| Patelco Credit Union | Auto loan on vehicle purchased for my dad | K** |

*Value Codes:  J=$15,000 or less     K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
O=$500,001-$1,000,000     P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

Digitized by Google